IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff )<br>v. )<br>)<br>DILIA COSTA, )<br>ANA FIGUEROA, )<br>FRANCESCO INSOLIA, and )<br>GLORIA MELO, )<br>)<br>    Defendants. )<br>_____) | Criminal No: 1:07-mj-00108-LTS |

## ASSENTED TO MOTION TO PERMIT DEFENDANT
## GLORIA MELO TO TRAVEL OUTSIDE OF THE UNITED STATES

Defendant Gloria Melo hereby seeks permission to travel outside of the United States in order to attend a long planned family event.  In support of this motion, Ms. Melo states that:

1. She is a citizen of the United States.

2. She has complied with all conditions of her release in this matter, including the surrender of her passport to U.S. Probation.

3. The wedding of Ms. Melo's cousin is scheduled for July 19, 2008, in Canada.

4. Ms. Melo would like to visit her relatives in Canada from July 18 – July 21, 2008 and attend the wedding.

5. Ms. Melo will be in Boston, Massachusetts on June 1, 2008, for an appointment with the probation department, at which time she requests that she be able to pick up her passport to facilitate travel to Canada.

6. AUSA Donald Cabell has consented to this motion.

- 2 -

WHEREFORE, defendant Gloria Melo seeks permission to travel outside of the United States between July 18 – July 21, 2008 and further, to be allowed temporary possession of her passport, beginning on June 1, 2008, to facilitate the travel.

                                          Respectfully submitted,

                                          GLORIA MELO

                                          By her attorneys,

                                          /s/ Alexa H. O'Keefe
                                          Allison D. Burroughs (BBO # 609346)
                                          Alexa H. O'Keefe (BBO # 657551)
                                          Nutter McClennen & Fish LLP
                                          World Trade Center West
                                          155 Seaport Blvd.
                                          Boston, MA  02210-2604
                                          (617) 439-2000

Dated:   May 7, 2008

### Certificate of Service

I, Alexa H. O'Keefe, certify that on May 7, 2008, I caused a true copy of the above document to be electronically served on all counsel of record.

                                          /s/ Alexa H. O'Keefe
                                          Alexa H. O'Keefe

1732276.1